UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>WENDY'S LAS VEGAS, INC.<br><br>                Defendant. | Case No. 2:17-cv-00569-GMN-GWF<br><br>ORDER |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 9) in this matter was filed on March 23, 2017. Defendant filed its Answer (ECF No. 16) on April 27, 2017. The Court issued an Order (ECF No. 19) on June 20, 2017 instructing the parties to file a stipulated Discovery Plan and Scheduling Order no later than June 28, 2017. To date, nothing has been filed. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 24, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 10th day of July, 2017.

*George Foley Jr.*
_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE